```
Samarion, Inc.                  Brandon Ainsworth              Develop Techs Inc.
P. O. Box 2836                  204 Hunely Drive               795 Woodlands Pkwy
Ridgeland, MS 39158-2836        Raymond, MS 39154              Ridgeland, MS 39158


J. Walter Newman, IV            Copeland, Cook, Taylor & Bush  Display Presentation In
Newman & Newman                 P. O. Box 6020                 Kennedy Dr.
248 E. Capitol Street           Ridgeland, MS 39157            Hauppauge, NY 11788
Suite 539
Jackson, MS 39201


AAHSA                           Crom Carmichael                Doug Parsell
2519 Connicut Ave. NW           3212 West End Avenue           327 Arlington Circle
Washington, DC 20008            Suite 500                      Ridgeland, MS 39157
                                Nashville, TN 37203


Aflac                           CSC                            Dynazign Inc.
1932 Wynnton Rd.                3462 Southern Center Dr.       810 Tyvola Road #118
Columbus, GA 31999              Chicago, IL 60677              Charlotte, NC


AM Health Care Assoc.           Curtis L. Stlou                Executive Resource, Int
P.O. 23843                      306 Greengate Circle           103 ?Woodlands Glen Circ
Baltimore, MD 21203             Brandonm, MS 39042             Brandon, MS 39047


Aregood Technologies            Darryl Wine                    Goodwin Dixon
165 Ridgeland Place             308 Hillchase Dr.              6100 Coldwell Blvd. #225
Ridgeland, MS 39157             Madison, MS 39110              Irving, TX 75039


AT&T Mobile                     David Zimmerman                Grantham Poole
P.O. Box 6463                   430 Fair Oaks Drive            6360 1-55 North #101
Carol Stream, IL 60197-6463     Williams Bay, WI 53191         Jackson, MS 39211


Betty Savelle                   Dell                           Green Oak Florist
4758 Polo Gate Blvd.            4307 Collection Center Dr.     P.O. Box 12219
Charlotte, NC 28215             Chicago, IL 86693              Jackson, MS 39236


Blue Cross Blue Shield          Dell Marketing L.P.            Greenbrook Flowers
3545 Lakeland Dr.               P. O. Box 534118               705 N. State Street
Flowood, MS 39232               Atlanta, GA 30358              Jackson, MS 39202
```

```
Internal Revenue Serv.        Lee Beaman                    Patton Boggs
Attn: Maxie Henry             1525 Broadway                 2550 M Street, NW
Bank Sec. Mail Code 18        37203, TN                     Washington, DC 20037
100 W. Capitol St.
Jackson, MS 39269


Internal Revenue Servi        Level 3 Tel Cove              Phoenix Strategic Resou
c/o Office of U.S. Att        712 N. Main Street            P.O. Box 56346
188 E Capitol Street          Coudersport, PA 16915         Atlanta, GA 30343
Jackson, MS 39201


Internal Revenue Service      Lincoln Healthcare            Rajat Gupta
P O Box 21126                 20 Glover Avenue              4407 Bee Cave Road
Philadelphia, PA 19114        Norwalk, CT 06850             Ste. 211
                                                            Austin, TX 78746


Jay Ortman                    Mary Therese Connolly         Robert Lipman
16281 Timber Cove St.         3606 McKinley St. N.W.        411 Great Circle Road
Hudson, CA 80642              Washington, DC 20015          Nashville, TN 37228


Jim Perry                     Mike Duni                     S.W. Research Inst.
5255 W. Ferdinard Street      21140 Bethel Church Rd.       P.O. Drawer 28510
#2 W                          Cornelius, NC 28031           San Antonio, TX 78238
NE 69644


Jimmy Cormier                 Mike Lowe                     Salesforce.com
109 South Elms Street         101 Sun Swept Circle          One Market Suite 300
Welsh, LA 70591               Owens Cross Roads, AL 35763   San Francisco, CA 94105


Joseph Mott                   MS Technology Alliance        Samer Nser
Mott & Associates             134 Market Ridge Dr.          319 Creston Court
P. O. Box 2507                Ridgeland, MS 39157           Ridgeland, MS 39157
Davidson, NC 28036


Josh Fowler                   O.P. Gupta                    SMG LLC
24 Oak Creek Place            116 Stratford Court           P.O. Box 2223
Jackson, MS 39211             Naperville, IL 60540          Madison, MS 39110


Karen Fortune                 Office Depot                  SMK Electronics
6520 Moore Street             P.O. Box 689020               1055 Tierra Delray
Orlando, FL 32818             Des Moines, IA 50368          Chula Vista, CA 91910
```

Staples Business Advantage  
1111 S. Figueroa St.  
Los Angelos, CA 90015

Top Guns Inc.  
1420 Hesper Ave.  
Metarie, LA 70005

Stephen Billingham  
25 Highfield Glen  
Irvin, CA 92618

Uni Shippers  
100 Calmet Gardens, Ste. 200  
Madison, MS 39110

Stephen Oshinsky  
648 Highleadon Dr.  
Madison, MS 39110

Verma Systems  
3024 Westfork Dr.  
Baton Rouge, LA 70816

Steve Nail  
8195 Midway Road  
Raymond, MS 39154

William Savelle  
2823 Mount Isle Harbor Dr.  
Charlotte, NC 28214

Strategic Marketing Group  
Heath Hall  
P. O. Box 2223  
Madison, MS 39110

Woodlands Office Park  
800 Woodlands Pkwy  
Ridgeland, MS 39157

Sweyn Simrall  
1531 North Lake Circle  
Jackson, MS 39211

Workman / NY Degger  
60 East SO Temple #1000 Eagle Gate  
Salt Lake City, UT 84111

The Meade Family Trust  
Cantaro Capital  
3345 Bee Caves Rd, Ste. 206  
Austin, TX 78746

Timothy Hurst  
3208 Patterson Dr.  
Pearl, MS 39208

Tommy Keyes  
1525 Brobridge Drive  
Jackson, MS 39211