## United States Bankruptcy Court
### Southern District of Mississippi

In re   **Samarion, Inc.**                                            Case No.   _____

                              Debtor(s)                                Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jimmy Cormier**, declare under penalty of perjury that I am the **Interim CEO** of **Samarion, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **30th day** of November, 2009.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jimmy Cormier, Interim CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jimmy Cormier, Interim CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jimmy Cormier, Interim CEO** of this Corporation is authorized and directed to employ **J. Walter Newman, IV 3832**, attorney and the law firm of **Newman & Newman** to represent the corporation in such bankruptcy case."

Date   **November 30, 2009**                        Signed   /s/ Jimmy Cormier
                                                             Jimmy Cormier

Resolution of Board of Directors
of
Samarion, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jimmy Cormier, Interim CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jimmy Cormier, Interim CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jimmy Cormier, Interim CEO** of this Corporation is authorized and directed to employ **J. Walter Newman, IV 3832**, attorney and the law firm of **Newman & Newman** to represent the corporation in such bankruptcy case.

Date  **November 30, 2009**                    Signed  /s/ Joseph M. Mott, Interim Secretary/Treasure

Date  **November 30, 2009**                    Signed  /s/ Mike Lowe, Chairman of the Board

Date  **November 30, 2009**                    Signed  /s/ Jimmy Cormier, Interim CEO

Resolution of Board of Directors
of
Samarion, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jimmy Cormier, Interim CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jimmy Cormier, Interim CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jimmy Cormier, Interim CEO of this Corporation is authorized and directed to employ J. Walter Newman, IV 3832, attorney and the law firm of Newman & Newman to represent the corporation in such bankruptcy case.

Date  November 30, 2009                        Signed  /s/ Joseph M. Mott, Interim Secretary/Treasurer

Date  November 30, 2009                        Signed  /s/ Mike Lowe, Chairman of the Board

Date  November 30, 2009                        Signed  /s/ Jimmy Cormier, Interim CEO

Resolution of Board of Directors
of
Samarion, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jimmy Cormier, Interim CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jimmy Cormier, Interim CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jimmy Cormier, Interim CEO of this Corporation is authorized and directed to employ J. Walter Newman, IV 3832, attorney and the law firm of Newman & Newman to represent the corporation in such bankruptcy case.

Date  November 30, 2009              Signed  /s/ Joseph M. Mott, Interim Secretary/Treasure

Date  November 30, 2009              Signed  /s/ Mike Lowe, Chairman of the Board

Date  November 30, 2009              Signed  /s/ Jimmy Cormier, Interim CEO