# United States Bankruptcy Court
## Southern District of Mississippi

In re      Samarion, Inc.

Debtor

Case No.      09-04246-EE

Chapter                    7

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Alan Hinton<br>230 W. Sale Rd.<br>Lake Charles, LA 70605 | UNKNOWN FOR ALL | UNKNOWN FOR ALL | UNKNOWN FOR ALL |
| Alan Swift<br>454 NW 118 Ave<br>Coral Springs, FL 33071 | | | |
| Alan T. Kawaguchi<br>5121 Doverton Drive<br>Stockton, CA 95219 | | | |
| Albert Lim<br>12632 Hinton Way<br>Santa Ana, CA 92705 | | | |
| Allen Ventures, LLC<br>20 North Saint Clair<br>Toledo, OH 43604 | | | |
| Anthony Johnston<br>404 Jackson Blvd.<br>Nashville, TN 37205 | | | |
| Anthony Olofintuyi<br>135 Rocky Shoals Drive<br>Midland, GA 31820 | | | |
| Anthony Polito<br>7677 I-49 South Service Rd.<br>Opelousas, LA 70570 | | | |
| Antoanette H. Staphan<br>476 Bellechase Place<br>Madison, MS 39110 | | | |
| Arthur D. Wood<br>200 Beckwith Lane<br>Belton, SC 29627-8377 | | | |
| Audrey K. Tsao, M.D.<br>325 N. Cloverfield Circle<br>Litchfield, AZ 85340-6017 | | | |

__29__   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Samarion, Inc.**                                             Case No. __**09-04246-EE**__

_____,
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Audrey W. Hutto<br>1120 Independence Blvd.<br>Flowood, MS 39232 | | | |
| Ayman Mustafa<br>1033 Northeast 17th Way<br>Ft Lauderdale, FL 33304 | | | |
| Bacel Nseir<br>2001 Oak Creek Rd.<br>River Ridge, LA 70123 | | | |
| Barbara Davidson<br>7955 N. Pheasant Lane<br>River Hills, WI 53217 | | | |
| Barbara Ensminger<br>2525 Crescent Club Rd.<br>Hixson, TN 37343 | | | |
| Barbara Haith<br>5901 Dogwood Dr.<br>Lincoln, NE 68516 | | | |
| Barry Fisher, Jr.<br>5177 Shoreview Dr.<br>Concord, NC 28025 | | | |
| Barry Fisher, Sr.<br>5177 Shoreview Drive<br>Concord, NC 28025 | | | |
| Beckie Barry<br>706 Gardner St.<br>Jackson, MS 39206 | | | |
| Belinda Kilpatrick<br>3085 Star Rd.<br>Florence, MS 39073 | | | |
| Belton Investment Club<br>P.O. Box 583<br>Belton, SC 29627 | | | |
| Betty Aycock<br>P. O. Box 238<br>Belzoni, MS 39038 | | | |
| Betty C. Alexander<br>407 Knops Nob Dr.<br>Mooresville, NC 28115-2493 | | | |

Sheet __1__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Samarion, Inc.**                                     Case No.   __**09-04246-EE**__

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Betty M. Coone**<br>783 Carpenter Ave.<br>Mooresville, NC 28115 | | | |
| **Betty S. Aycock**<br>P.O. Box 28<br>Belzoni, MS 39038 | | | |
| **Betty Savelle**<br>4758 Polo Gate Blvd.<br>Charlotte, NC 28216 | | | |
| **Betty Smith**<br>103 Lake Forrest Lane<br>Clinton, MS 39056 | | | |
| **Bill Crews**<br>1020 Buckley Dr.<br>Jackson, MS 39206 | | | |
| **Billie Bourgeois**<br>P.O. Box 64<br>Lacassine, LA 70650 | | | |
| **Billy Boleware**<br>56360 Hwy 439<br>Bogalusa, LA 70427 | | | |
| **Blaine Rider**<br>1103 N. Ave. E.<br>Crowley, LA 70526 | | | |
| **Bob Bruce**<br>424 Hampton St.<br>Clinton, MS 39056 | | | |
| **Bobby Moak**<br>P.O. Box 242<br>Bogue Chitto, MS 39629 | | | |
| **Brenda Stewart**<br>610 Wendover Drive<br>Ridgeland, MS 39157 | | | |
| **Brett Crain**<br>15016 Carlisle Dr.<br>Huntsville, AL 35803 | | | |
| **Brooks Aycock, III**<br>P.O. Box 28<br>Belzoni, MS 39038 | | | |

Sheet __2__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re   **Samarion, Inc.**_____,   Case No.___**09-04246-EE**_____

   Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce Kolkebeck** 175 Dove Lane Salisbury, NC 28147 | | | |
| **Bryan M. Clay** 3819 Eastover Dr. Jackson, MS 39211 | | | |
| **Bryant Hirsberg** 312 Lee Drive Clarksdale, MS 38614 | | | |
| **Bryant Y. Hager** 308 Bridgewater Lane Mooresville, NC 28117 | | | |
| **Burnett & Thomas, P.A.** 501 E. Jackson Street Tampa, FL 33602 | | | |
| **C. Kris Kirkpatrick, Esq.** 4041 Essen Lane Baton Rouge, LA 70809 | | | |
| **C. Lamont Pierce** 669 Mazeppa Rd. Mooresville, NC 28115 | | | |
| **Calvin Bowlin** 2112 Country Road 316 Carrollton, MS 38917 | | | |
| **Campo Suescun** 1712 Dusk Dr. Zion, IL 60099 | | | |
| **Cantaro Medical Fund I, LLC** 815-A Brazos St. Austin, TX 78701 | | | |
| **Carey L. Sibley** 1707 Linda Dr. Clinton, MS 39056 | | | |
| **Carl Ray Neal** 3700 Taylor Glen Lane Concord, NC 28027 | | | |
| **Carl W. Coone** 783 Carpenter Ave. Mooresville, NC 28115-2539 | | | |

Sheet __3__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **Samarion, Inc.**                              Case No.    __**09-04246-EE**__

                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Carol Glibbery<br>4940 W. Westridge Pk<br>Lake Charles, LA 70605 | | | |
| Caroline Femrite<br>601 Shuford Circle<br>Newton, SC 28658 | | | |
| Cassandra Tokars<br>814 Kealahou St.<br>Honolulu, HI 96825 | | | |
| Catherine Krueger<br>13709 Windlo Circle<br>Ocean Springs, MS 39564 | | | |
| Cecil Stevens<br>4664 Cypress Lake Dr.<br>Lake Charles, LA 70611 | | | |
| Cesar Da Costa<br>2515 NW 80 Ave.<br>Margate, FL 33063 | | | |
| Charles Anzalone<br>725 A. Avenue K<br>Crowley, LA 70526 | | | |
| Charles E. Kuehn, III<br>5940 Blue Sage Rd.<br>Lake Charles, LA 70605 | | | |
| Clark Ethridge<br>173 St. Ives Drive<br>Madison, MS 39110 | | | |
| Claudio Lodes<br>4355 New St.<br>Fort Myers, FL 33905 | | | |
| Cliff Hunnicutt<br>160 Autumn Leaf Rd.<br>Troutman, NC 28166 | | | |
| Clinton Aycock<br>110 Sycamore Ridge<br>Madison, MS 39110 | | | |
| Clyde Brooks Mosley<br>5405 Hialeah Dr.<br>Jackson, MS 39211 | | | |

Sheet __4__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Samarion, Inc.**                                                                    Case No.    **09-04246-EE**

                                                    ,
                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Clyde Russell<br>170 Ponderosa Circle<br>Mooresville, NC 28117 | | | |
| Craig Herr (KC, LLC)<br>4909 Saratoga Circle<br>Brownsboro, AL 35741 | | | |
| Craig Patchell<br>188 Mulberry Bend<br>Jonesboro, TN 37659 | | | |
| Crom Carmichael<br>3212 West End Ave.<br>Nashville, TN 37203 | | | |
| Curtis A. Clearman<br>660 Lakeland East Dr.<br>Flowood, MS 39232 | | | |
| Daniel Mayo<br>12 Old Repubilc Lane<br>Marlton, NJ 08053 | | | |
| Daniel Nugier<br>244 Privet Rd.<br>Crowley, LA 70526 | | | |
| Daniel Sumerall<br>411 Goodrum Road<br>Vicksburg, MS 39180 | | | |
| Danny Gray<br>D. Noblin Furniture<br>Pearl, MS 39208 | | | |
| Darrel Thomas Combs<br>63045 Carnelian Lane<br>Bend, OR 97701 | | | |
| David Christopher<br>1707 Ole Carriage Dr.<br>Athens, AL 35613 | | | |
| David Palmgren<br>2907 West Prien Lake Rd.<br>Lake Charles, LA 70605 | | | |
| David Putt<br>610 Wendover Dr.<br>Ridgeland, MS 39157 | | | |

Sheet __5__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re      **Samarion, Inc.**                                                      Case No.   **09-04246-EE**
                                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David Tullos<br>3710 I 55 N.<br>Jackson, MS 39211 | | | |
| Dawn Parsell Otto, M.D.<br>3001 Kenai Dr.<br>Cedar Park, TX 78613-2526 | | | |
| Dejuan Lognion<br>696 Harrington Drive<br>DeRidder, LA 70634 | | | |
| Dese E. Easter<br>216 Fisherman Ln.<br>Seneca, SC 29672 | | | |
| Diane Bosler<br>801 NE 1st St.<br>Fort Lauderdale, FL 33301 | | | |
| Dixie L Deihl<br>34 Fleeton Wharf Rd.<br>Reedville, VA 22539 | | | |
| Donna Disclafani<br>405 SE 15th Ave<br>Ocala, FL 34471 | | | |
| Donna Rutala<br>100 Sierra Dr.<br>Chapel Hill, NC 27514 | | | |
| Doris Glossom Neal<br>3700 Taylor Glen Lane<br>Concord, NC 28027 | | | |
| Dorothy Strom<br>104 Williamsburg Dr.<br>White House, TN 37188 | | | |
| Doug McKenzie<br>18165 Mooresville Rd.<br>Mooresville, NC 28115-6949 | | | |
| Douglas Parsell<br>327 Arlington Circle<br>Ridgeland, MS 39157 | | | |
| Dr. Steve E. Magee, Jr.<br>112 Kathryn Ct.<br>Brandon, MS 39042 | | | |

Sheet __6__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Samarion, Inc.**                                                      Case No. __**09-04246-EE**__
                                      ,
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dwane Anthony Belaire<br>4015 Creole St.<br>Lake Charles, LA 70605 | | | |
| Dwight Lemoine<br>5024 Pinewood Dr.<br>Lake Charles, LA 70605 | | | |
| E. Larry Wheeler<br>645 Settlers Trail<br>Mars Hill, NC 28754 | | | |
| Eddie Joe White<br>111 Elm St.<br>Madison, MS 39110 | | | |
| Edward J. Cormier, Jr.<br>109 South Elms Street<br>Welsh, LA 70591 | | | |
| Edward Pannozzo<br>4619 Morro Drive<br>Woodland Hills, CA 91364 | | | |
| Elaine Hayes<br>4015 Ponderosa Dr.<br>Trenton, MI 48183 | | | |
| Eleanor A. Gill<br>P.O. Box 584<br>Olive Branch, MS 38654 | | | |
| Elena Browne<br>602 Kumukahi Pl.<br>Honolulu, HI 96825 | | | |
| Elias H. Dabit<br>1209 Ferncrest Dr.<br>Jackson, MS 39211 | | | |
| Elizabeth Harmon Davidson<br>209 Oxford Place<br>Ridgeland, MS 39157 | | | |
| Ellen McKinney<br>2010 NC 66 Highway South<br>Westfield, NC 27053 | | | |
| Erik Lange<br>276 S. Joanne Ave.<br>Ventura, CA 93003 | | | |

Sheet __7__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Samarion, Inc.**                                          ,    Case No.    **09-04246-EE**
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Erin Best Ozimok**<br>**222 North Columbus Dr.**<br>**Chicago, IL 60601** | | | |
| **Erma Diedrichsen**<br>**P.O. Box 244**<br>**Tecumseh, NE 68450** | | | |
| **Ernest Broussard**<br>**P.O. Box 1271**<br>**Cameron, LA 70631** | | | |
| **Eugene Saiter**<br>**9612 Perdido Vista Dr.**<br>**Elberta, AL 36530** | | | |
| **Francine Rosenthal**<br>**501 Washington Ave.**<br>**Haddonfield, NJ 08033** | | | |
| **Frank A. Domico**<br>**2987 Caldwell Circle**<br>**Suwanee, GA 30024** | | | |
| **Franklin Greer**<br>**7460 Garrison Lane**<br>**Denham Springs, LA 70726** | | | |
| **Fred Koch**<br>**2749 June St.**<br>**Baton Rouge, LA 70808** | | | |
| **Fred Lucas**<br>**P.O. Box 191**<br>**Raymond, MS 39154** | | | |
| **Fred Rinehardt**<br>**136 Brookfield Circle**<br>**Mooresville, NC 28115** | | | |
| **Frederick Lanier**<br>**41188 Shelby Ave**<br>**Huntsville, AL 35801** | | | |
| **Future Care, LLC**<br>**4944 W. Westridge Park**<br>**Lake Charles, LA 70605** | | | |
| **Gary M. Hyder**<br>**675 Barnardsville Hwy**<br>**Weaverville, NC 28787** | | | |

Sheet __8__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Samarion, Inc.** _____ ,   Case No. ___**09-04246-EE**_____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Netherland**<br>103 Willington Way<br>Madison, MS 39110 | | | |
| **Gary Saliba (Pretium Valuation Group)**<br>112 South Side Sq.<br>Huntsville, AL 35801 | | | |
| **Gary V. Savage**<br>107 ParkView Dr.<br>Canton, MS 39046 | | | |
| **GDM Family Trust**<br>801 Cherry St.<br>Ft Worth, TX 76102 | | | |
| **Geoffrey J. Collins, M.D.**<br>4800 Bellerive Lane<br>Lake Charles, LA 70605 | | | |
| **George & Linda O'Brien**<br>P. O. Box 133<br>Lake Arthur, LA 70549 | | | |
| **Gerald R. Hyder**<br>89 W. Fox Chase Rd.<br>Asheville, NC 28804 | | | |
| **Giacomo Buscaino**<br>7612 14th Ave.<br>Brooklyn, NY 11228 | | | |
| **Gigi Davidson**<br>1516 Avon Way<br>Honolulu, HI 96822 | | | |
| **Gladys Rivera Morales**<br>189 Brandy Creek Circle SE<br>Palm Bay, FL 32909 | | | |
| **Glenn Goodnight**<br>136 Tidewater Drive<br>Madison, AL 35758 | | | |
| **Gordon Davidson**<br>7955 N. Pheasant Lane<br>River Hills, WI 53217 | | | |
| **Gordon Lyons**<br>105 Creekwood Dr.<br>Flowood, MS 39232 | | | |

Sheet __9__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Samarion, Inc.                                                    Case No.    09-04246-EE
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Graymar Investors Partnership<br>411 Great Circle Road<br>Nashville, TN 37228 | | | |
| Greg Reis, M.D.<br>11 Seven Springs Road<br>Radnor, PA 19087 | | | |
| Guy Dugan<br>33 W 061 Honey Hill Circle<br>Wayne, IL 60184 | | | |
| H. Louis Harkey, M.D.<br>101 Woodmont Way<br>Ridgeland, MS 39157 | | | |
| Hanna E. Albouri<br>476 Bellchase Place<br>Madison, MS 39110 | | | |
| Harlon Sistrunk<br>1033 Annandale Dr.<br>Madison, MS 39110 | | | |
| Harold E. Ross<br>501 E. 10th Ave<br>Johnson City, TN 37601 | | | |
| Harold Wayne Baker<br>2714 Fairway View Dr.<br>Valrico, FL 33594 | | | |
| Harry Patchell<br>833 1/2 Brigeton Ave<br>Millville, NJ 08332 | | | |
| Hazel Harrington<br>164 Lakeshore Drive<br>Mooresville, NC 28117 | | | |
| Hazel M. Neef<br>5705 Woodside Ave.<br>Myrtle Beach, SC 29577 | | | |
| Helen Reynolds<br>6938 Wake Forrest Dr.<br>Dallas, TX 75214 | | | |
| Helen Young<br>4307 Fugates Rd.<br>Benton, MS 39039 | | | |

Sheet   10   of   29   continuation sheets attached to the List of Equity Security Holders

In re     Samarion, Inc.                                                    Case No.    09-04246-EE
                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Holly Clark<br>327 Cottonwood<br>Ridgeland, MS 39157 | | | |
| Howard Holland<br>117 Eastwood Dr.<br>Florence, MS 39073 | | | |
| Hunter Family Living Trust<br>380 Madison St.<br>Denver, CO 80206 | | | |
| Ioannis Georgiou<br>200 Saint Andrews Blvd<br>Winter Park, FL 32792 | | | |
| Irene S. N'Ser<br>319 Creston Court<br>Ridgeland, MS 39157 | | | |
| Jack M. Gambill<br>735 Julia Street<br>Fort Mill, SC 29708 | | | |
| Jackson Hunter<br>7044 East 2nd Ave.<br>Denver, CO 80220 | | | |
| Jacob Colby Perry<br>303 E. Nichols<br>Welsh, LA 70591 | | | |
| James A. Anderson<br>102 Victory trail<br>Pelham, AL 35124 | | | |
| James A. Harrell<br>137 Lakeview Dr.<br>Canton, MS 39046 | | | |
| James Andrew Webb<br>5940 Southcrest Rd.<br>Birmingham, AL 35213 | | | |
| James Brad Hartzog<br>207 Ramble Wood Dr.<br>Brandon, MS 39042 | | | |
| James Crouse<br>730 Prospect Blvd.<br>Water Loo, IA 50701 | | | |

Sheet __11__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    Samarion, Inc.                                              Case No.    09-04246-EE
_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James Dixon<br>303 Park Rd.<br>Belton, SC 29627 | | | |
| James G. Langford<br>4409 Solemn Pointe Lane<br>Charlotte, NC 28216 | | | |
| James Hartzog<br>1502 Midway Rd.<br>Clinton, MS 39056 | | | |
| James L. Comazzi<br>19992 Gibbs Dr.<br>Sonora, CA 95370 | | | |
| James L. Hughes, M.D.<br>995 Luckney Rd.<br>Brandon, MS 39047 | | | |
| James Lyons<br>410 Decker<br>Jennings, LA 70546 | | | |
| James McMillen<br>514 Range End Rd.<br>Dillsburg, PA 17019-1525 | | | |
| James Pannozzo<br>4822 NW 100th Terrace<br>Coral Springs, FL 33076 | | | |
| James Paul Bowlin<br>2112 Co. Rd. 316<br>Carrollton, MS 38917 | | | |
| James Perry, M.D.<br>2354 LaCacahe<br>Lake Charles, LA 70601 | | | |
| James Rappaport<br>6630 S. MC Carran Blvd.<br>Reno, NV 89509 | | | |
| James Rider<br>4121 Primrose Dr.<br>Lake Charles, LA 70605 | | | |
| James Webb<br>1085 Lake Ridge Lane<br>Talladega, AL 35160 | | | |

Sheet __12__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Samarion, Inc.**                                                    Case No. ___**09-04246-EE**___
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jamie Plastina**<br>1970 NE 30 St.<br>Lighthouse Point, FL 33064 | | | |
| **Jan Holliday**<br>102 Spring Drive<br>Belton, SC 29627 | | | |
| **Jan Holliman**<br>182 Doe-Doe Lane<br>Columbus, MS 39707 | | | |
| **Jane M. Cagle**<br>506 Fieldstone Road<br>Mooresville, NC 28115 | | | |
| **Jared Temple**<br>234 NW 70th Street<br>Boca Raton, FL 33487 | | | |
| **Jason Sakai**<br>94492 Mulchu St.<br>Mililani, HI 96789 | | | |
| **Jason Sistrunk**<br>1033 Annandale Drive<br>Madison, MS 39110 | | | |
| **Jay M. Ortman**<br>16281 Timber Cove Street<br>Hudson, CO 80642 | | | |
| **Jay Warren**<br>6147 Wirtz Road<br>Flowood, MS 39232 | | | |
| **Jean Browne**<br>602 Kumukahi Pl.<br>Honolulu, HI 96825 | | | |
| **Jean Peabody**<br>1124 Lower Woodville Rd.<br>Natchez, MS 39120 | | | |
| **Jeff Summers**<br>1 Layfair Dr.<br>Jackson, MS 39232 | | | |
| **Jeffery Conner Perry**<br>303 E. Nichols<br>Welsh, LA 70591 | | | |

Sheet __13__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Samarion, Inc.**
                                                                    Case No.    **09-04246-EE**
_____,
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffery Perry**<br>303 E. Nichols<br>Welsh, LA 70591 | | | |
| **Jeffrey Broder**<br>635 Clinton Ave.<br>Haddonfield, NJ 08033 | | | |
| **Jeffrey Dillon**<br>112 Cherry Cove<br>Madison, MS 39110 | | | |
| **Jeffrey Middeldorf**<br>3755 Edgemont<br>Troy, MI 48084 | | | |
| **Jeffrey S. Matican, M.D.**<br>257 Engle St.<br>Tenafly, NJ 07670 | | | |
| **Jerry Manning**<br>132 Howard McGee Road<br>Anderson, SC 29621 | | | |
| **Jim Laughner**<br>14691 Ridge Rd.<br>Summerdale, AL 36580 | | | |
| **Joan Spierer**<br>1401 Saint Andrews Rd.<br>Hollywood, FL 33021 | | | |
| **Joe H. Johnson**<br>504 Northminister Dr.<br>Macon, GA 31204 | | | |
| **Joe Sutton**<br>801 Topaz St.<br>New Orleans, LA 70124 | | | |
| **John B. Carlin**<br>3224 Gleneagle Dr.<br>Lake Charles, LA 70605 | | | |
| **John B. Tallent, Jr.**<br>4527 Gaynor Road<br>Charlotte, NC 28211 | | | |
| **John Baker**<br>52 Headquarters Rd.<br>Litchfield, CT 06759 | | | |

Sheet __14__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Samarion, Inc.** _____,    Case No. __**09-04246-EE**__

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **John Best**<br>1012 Estate Dr.<br>Moon Township, PA 15108 | | | |
| **John Bowen**<br>14 Garden Gate<br>Farmington, CT 06032 | | | |
| **John Coursey**<br>424 Alicia Drive<br>Biloxi, MS 39531 | | | |
| **John F. Jonas**<br>2550 M. Street NW<br>Washington, DC 20037 | | | |
| **John Haushalter**<br>91-1152 Maka'aloa Street<br>Ewa Beach, HI 96706 | | | |
| **John Hawkins**<br>112 Hiawatha Dr.<br>Belton, SC 29627 | | | |
| **John M. Guynn, Esq.**<br>1000 Eaglegate Tower<br>Salt Lake City, UT 84111 | | | |
| **John M. Jett**<br>177 Crowder Point Ln.<br>Reedville, VA 22539 | | | |
| **John M. Jett, Sr.**<br>236 Crowder Lane<br>Reedville, VA 22539 | | | |
| **John Mark Deihl**<br>P.O. Box 227<br>Reedville, VA 22539 | | | |
| **John Noble, Jr., M.D.**<br>1717 Oak Park Blvd.<br>Lake Charles, LA 70601 | | | |
| **John Rollas**<br>22 Stone Gate South<br>Longwood, FL 32779 | | | |
| **John Wigney**<br>125 Misty Cove Lane<br>Mooresville, NC 28117 | | | |

Sheet __15__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re     **Samarion, Inc.**                                                    Case No.     **09-04246-EE**
_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Zerdecki**<br>2012 Windsor Place<br>Ft. Worth, TX 76110 | | | |
| **Jonathan Morgan**<br>19358 Lovall Valley Ct.<br>Sonoma, CA 95476 | | | |
| **Joseph B. Black**<br>2208 Forestglade Dr.<br>Stone Mountain, GA 30087-1320 | | | |
| **Joseph Catania**<br>5100 W. Taft Road<br>Liverpool, NY 13088 | | | |
| **Joseph E. Juban, Esq.**<br>4041 Essen Lane<br>Baton Rouge, LA 70809 | | | |
| **Joseph M. Mott**<br>19000 Davidson Concord Road<br>Davidson, NC 28036 | | | |
| **Joseph Mott, IV**<br>19000 Davidson Concord Rd.<br>Davidson, NC 28036 | | | |
| **Joshua E. Burnett, Esq.**<br>4624 Dunnie Drive<br>Tampa, FL 33614 | | | |
| **Julie Burke (Nina Stiteler)**<br>P.O. Box 4338<br>Leesburg, VA 20177 | | | |
| **Julie Hunter**<br>1300 Plaza Court N.<br>Lafayette, CO 80026 | | | |
| **Karen B. Fortune**<br>2295 Primrose Place Lane<br>Lawrenceville, GA 30044 | | | |
| **Karen Temple**<br>234 NW 70th St.<br>Boca Raton, FL 33487 | | | |
| **Kathie C. Lombardo**<br>P.O. Box 66<br>Hayes, LA 70646 | | | |

Sheet __16__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Samarion, Inc.**                                            Case No.   **09-04246-EE**
_____ ,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Kelly Best**<br>1923 Dunsford Rd.<br>Jacksonville, FL 32207 | | | |
| **Ken Cassidy**<br>502 North Cutting<br>Jennings, LA 70546 | | | |
| **Ken Ravenelle**<br>1425 New Boston Road<br>Fall River, MA 02720 | | | |
| **Kent Ochiai**<br>3003 Herman St.<br>Honolulu, HI 96816 | | | |
| **Kerry Harbaugh**<br>507-A Cleveland Ave<br>Huntsville, AL 35801 | | | |
| **Kevin Lanighan**<br>5527 Pine Loch Lane<br>Williamsville, NY 14221 | | | |
| **Kevin Lowe**<br>2018 Fairway Hills Dr.<br>Huntsville, AL 35802 | | | |
| **Kevin Waguespack**<br>6419 Gladehill Dr.<br>Kingwood, TX 77345 | | | |
| **Khader Istiphan**<br>P.O. Box 55463<br>Jackson, MS 39296 | | | |
| **Kim McGaugh**<br>158 Lakeshire Parkway<br>Canton, MS 39046 | | | |
| **Krista Colvin**<br>2710 Bransford Trail<br>Hampton Cove, AL 35763 | | | |
| **L. J. & W. Inc.**<br>501 N. Adams St.<br>Welsh, LA 70591 | | | |
| **Lamar Loe**<br>23 Breakers Lane<br>Ridgeland, MS 39157-1101 | | | |

Sheet __17__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Samarion, Inc.**                                                                    Case No.    **09-04246-EE**
_____,
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lane Johnson<br>108 Mabel Street<br>Welsh, LA 70591 | | | |
| Larry C. Breeding<br>103 Bear Creek Ct.<br>Canton, MS 39046 | | | |
| Larry Lowe<br>11010 Charring Court<br>Huntsville, AL 35803 | | | |
| Lauren Hunter<br>380 Madison St.<br>Denver, CO 80206 | | | |
| Lauren Lognion Carter<br>207 East Hewitt<br>Welsh, LA 70591 | | | |
| Lee Beaman<br>1525 Broadway<br>Nashville, TN 37203 | | | |
| Leonard Dameron<br>288 Mill Crest Lane<br>Callad, VA 22435 | | | |
| Leonard G. Dameron, Jr.<br>1020 Albert Rennolds Dr.<br>Fredericksburg, VA 22401 | | | |
| Leonard Roberts<br>P.O. Box 180579<br>Richland, MS 39218 | | | |
| Lewis Scott Grant<br>400 Deer Hollow<br>Brandon, MS 39047 | | | |
| Linda B. Hyder<br>89 W. Fox Chase Rd.<br>Asheville, NC 28804 | | | |
| Louis B. Gideon<br>107 Windsong Cove<br>Ridgeland, MS 39157 | | | |
| Louisa A. Lawson, M.D.<br>135 Bridgewater Crossing<br>Ridgeland, MS 39157 | | | |

Sheet   __18__   of   __29__   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Samarion, Inc.**                                                    Case No.   **09-04246-EE**
                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Lucille Grandmaison**<br>**235 Geitner Avenue**<br>**Newton, NC 28658** | | | |
| **Margaret B. Davidson**<br>**713 Pinewood Circle**<br>**Mooresville, NC 28115** | | | |
| **Margaret C. Stiteler**<br>**Post Office Box 4338**<br>**Leesburg, VA 20176** | | | |
| **Margie Abernathy**<br>**P.O. Box 3185**<br>**Longview, TX 75606** | | | |
| **Mark Doiron**<br>**2512 Luke Street**<br>**Lake Charles, LA 70605** | | | |
| **Mark Gosnell**<br>**3350 George Busbee Parkway**<br>**Kennesaw, GA 30144** | | | |
| **Mark Howard**<br>**3740 Via Mar Monte**<br>**Carmel, CA 93923-9475** | | | |
| **Mark Hunter**<br>**7044 East 2nd Ave**<br>**Denver, CO 80220** | | | |
| **Mary W. Sloop**<br>**1925 Backcreek Church Rd.**<br>**Mount Ulla, NC 28125** | | | |
| **Mary Zakharia**<br>**11550 Tree Hollow Lane**<br>**San Diego, CA 92128** | | | |
| **Matthew Hughes**<br>**4000 Lock Ln.**<br>**Lake Charles, LA 70605** | | | |
| **Max Polley**<br>**400 Avinger Lane**<br>**Davidson, NC 28036** | | | |
| **McGeever, LLC**<br>**509 Chrismill Lane**<br>**Holly Springs, NC 27540** | | | |

Sheet   _19_   of   _29_   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Samarion, Inc.**                                                      Case No.    **09-04246-EE**
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Michael Chad Hartzog**<br>1502 Midway Rd.<br>Clinton, MS 39056 | | | |
| **Michael Coursey**<br>15336 DeHavilland Dr.<br>Charlotte, NC 28278 | | | |
| **Michael Haire**<br>562 West Lowrance Ave.<br>Mooresville, NC 28115 | | | |
| **Michael Mabry**<br>1304 Nottingham Rd.<br>Starkville, MS 39759 | | | |
| **Michael P. Brady**<br>110 Clemson Dr.<br>Oak Ridge, TN 37830 | | | |
| **Mike Hoppes**<br>1156 S. 93 Ave.<br>Omaha, NE 68124 | | | |
| **Mike Lowe**<br>101 Sun Swept Circle<br>Big Cove, AL 35763 | | | |
| **Mike Nosser**<br>106 St. Charles Ave.<br>Starkville, MS 39759 | | | |
| **Mitchell Clark**<br>710 Aldridge Drive<br>Brandon, MS 39047 | | | |
| **MS Investments**<br>P.O. Box 983<br>Ridgeland, MS 39158 | | | |
| **Nancy Ann Baker**<br>2626 Lilly Mill Rd.<br>Charlotte, NC 28210-6708 | | | |
| **Nardi T. Bress**<br>910 Windsor Road<br>Charlottesville, VA 22901 | | | |
| **Narinder Arora**<br>601 Bent Tree Dr.<br>Effingham, IL 62401 | | | |

Sheet  __20__  of  __29__  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    Samarion, Inc.                                                    Case No.    09-04246-EE
_____
                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nathaniel Lawson, M.D. 135 Bridgewater Crossing Ridgeland, MS 39157 | | | |
| Norman Black, III 2759 Hawthorne Dr. Atlanta, GA 30345 | | | |
| North Thornwell P.O. Box 957 Jennings, LA 70546 | | | |
| O.J. Leach Jr. 117 Lands End Ct. Piney Flats, TN 37686 | | | |
| Olan R. Goodnight 174 Oak Village Parkway Mooresville, NC 28117 | | | |
| Oleg Valiev 555 Montgomery St. San Francisco, CA 94111 | | | |
| Olga Richardson 109 East Pointe Cr. Madison, MS 39110 | | | |
| Om P. Gupta, M.D. 116 Stratford Court Naperville, IL 60540 | | | |
| Pamela Wigney 125 Misty Cove Lane Mooresville, NC 28117-7311 | | | |
| Patricia Stegall 102 Wildwood Blvd. Jackson, MS 39212 | | | |
| Patrick Pengelly 1819 Clover Ridge Dr. Howell, MI 48843 | | | |
| Patsy G. Brown 1030 Spillway Circle Brandon, MS 39047 | | | |
| Paul E. Moyers, Esq. 5347 Carolwood Dr. Jackson, MS 39211 | | | |

Sheet __21__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Samarion, Inc.**                                                    Case No.____**09-04246-EE**____
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paul Gerber**<br>8234 Misty Vale St.<br>Houston, TX 77075 | | | |
| **Paul Guillory**<br>17389 Hwy 99<br>Welsh, LA 70591 | | | |
| **Peter A. Cole**<br>146 W. Pleasant Lake Rd.<br>North Oaks, MN 55127-2631 | | | |
| **Philip Webb**<br>1093 Eagle Valley Drive<br>Birmingham, AL 35242 | | | |
| **Phillip G. Wedgworth**<br>P.O. Box 43372<br>Birmingham, AL 35243 | | | |
| **Phillip Jarrett**<br>4 Travis Lane<br>Weaverville, NC 28787 | | | |
| **Phoebe F. Bull**<br>14101 Hwy 90<br>Welsh, LA 70591 | | | |
| **Phyllis Ravenelle**<br>81 Forfythia Lane<br>Westport, MA 02790 | | | |
| **Rajat Gupta, M.D.**<br>4407 Bee Cave<br>Austin, TX 78746 | | | |
| **Ralph Alford, Jr.**<br>1294 Misty Lane<br>Terry, MS 39170 | | | |
| **Ralph Herring, Jr.**<br>191 Persimmon Circle<br>Statesville, NC 28625 | | | |
| **Randall D. Guynn**<br>463 N. Wilton Road<br>New Canaan, CT 06840 | | | |
| **Randy Bean**<br>831 SE 7th Ave.<br>Pompano Beach, FL 33060 | | | |

Sheet __22__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Samarion, Inc.**                           Case No.   **09-04246-EE**

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Raymond Cooke<br>513 Woodberry Dr.<br>Mooresville, NC 28115 | | | |
| Reese Broussard<br>715 Shankland Ave.<br>Jennings, LA 70546 | | | |
| Richard A. Cormier<br>801 Dautel St.<br>Welsh, LA 70591 | | | |
| Richard B. Crabbe<br>3000 Balster Lane<br>Richmond, VA 23233 | | | |
| Richard Boleware<br>230 Westfield Rd.<br>Ridgeland, MS 39157 | | | |
| Richard Lacey<br>100 Camelia Trail<br>Brandon, MS 39047 | | | |
| Richard McEndree<br>P.O. Box 447<br>Linden, TN 37096 | | | |
| Richard S. Laborde, M.D.<br>303 Shell Beach Drive<br>Lake Charles, LA 70601 | | | |
| Rick Peterson<br>3301 NE 32nd Ave.<br>Fort Lauderdale, FL 33308 | | | |
| Rick Psonak<br>450 Fox Bay Dr.<br>Brandon, MS 39047 | | | |
| Rob Lyon<br>2623 N. Terrace Ave.<br>Milwaukee, WI 53211 | | | |
| Robert Barkley<br>222 Pear Tree Road<br>Troutman, NC 28166-8795 | | | |
| Robert Dana Tomalty<br>2722 Tammerack Lane SE<br>Hampton Cove, AL 35763 | | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re      **Samarion, Inc.**                                                      Case No.     **09-04246-EE**

                                                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert Dilworth<br>4000 38th Place North<br>Arlington, VA 22207 | | | |
| Robert Dunlap<br>144 Northshore Dr.<br>Mooresville, NC 28117-7406 | | | |
| Robert Gregory<br>923 S. Magnolia St.<br>Mooresville, NC 28115-2836 | | | |
| Robert Leonards<br>P.O. Box 16316<br>Lake Charles, LA 70601 | | | |
| Robert M. Collins<br>121 Turnberry Dr.<br>Atlantis, FL 33462 | | | |
| Robert McGuire, M.D.<br>108 Summerwood Dr.<br>Jackson, MS 39208 | | | |
| Robert R. Korljan, CPA<br>2828 N. Central Ave.<br>Phoenix, AZ 85004-1063 | | | |
| Robert S. Katz<br>2016 Hoover Lane<br>Alexandria, VA 22308 | | | |
| Robert Schmidt<br>175 Sunfish Dr.<br>Mooresville, NC 28117-9744 | | | |
| Ron Malone<br>P.O. Box 1065<br>Travelers Rest, SC 29690-1065 | | | |
| Ronald Clark<br>317 Shadowwood Drive<br>Clinton, MS 39056 | | | |
| Ronald Cohen<br>681 Barnardsville Rd.<br>Weaverville, NC 28787 | | | |
| Ronald Lee Clark<br>103 Moss Wood Lane<br>Clinton, MS 39056 | | | |

Sheet __24__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re      **Samarion, Inc.**                                                          Case No.    **09-04246-EE**
                                                                    ,
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Ronald W. Petree<br>304 North Joseph Street<br>Welsh, LA 70591 | | | |
| Ronnie Hamlin<br>P.O. Box 6784<br>Jackson, MS 39282 | | | |
| Roy Mac Haggard<br>220 Trail Rd.<br>Belton, SC 29627 | | | |
| Russell A. Guidry<br>150 Country Lane<br>Lake Charles, LA 70607 | | | |
| S. Ray Taylor<br>5416 Aspen Street<br>Houston, TX 77081 | | | |
| Salvador Ramos<br>2239 Stotesbury Way<br>Wellington, FL 33414 | | | |
| Sana Mickel<br>Wholesale Furniture<br>Jackson, MS 39204 | | | |
| Sarah Temple<br>234 NW 70th Street<br>Boca Raton, FL 33487 | | | |
| Scotty Winfrey (WWWTK, LLC)<br>107 Overleaf Point<br>Huntsville, AL 35824 | | | |
| Seth Broder<br>901 Route 168<br>Turnersville, NJ 08012 | | | |
| Shannon Treglia<br>1806-A W. Alameda Ave.<br>Burbank, CA 91506 | | | |
| Sharon H. Cooksey<br>202 Pine Ridge Rd.<br>Florence, MS 39073 | | | |
| Shaun P. Webb<br>22856 Winged Foot Ln.<br>Athens, AL 35613 | | | |

Sheet   **25**   of   **29**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    Samarion, Inc.                                                     Case No.    09-04246-EE
                                                                    ,
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Shelton C. Aycock<br>105 Blackberry Patch<br>Madison, MS 39110 | | | |
| Sheree Pouls<br>4248 Via Marina<br>Marina Del Rey, CA 90292 | | | |
| Spyros Panos<br>120 Roundhill Rd.<br>Hopewell Junction, NY 12533 | | | |
| Stan Postyn<br>1314 E. Las Olas Blvd.<br>Ft. Lauder Dale, FL 33301 | | | |
| Stephen Broder<br>604 Society Hill Blvd.<br>Cherry Hill, NJ 08003 | | | |
| Stephen C. Dameron<br>P.O. Box 602<br>Reedville, VA 22539 | | | |
| Stephen Mayeaux<br>1024 Gardenview Loop<br>Woodbridge, VA 22191 | | | |
| Stephen R. Cherry<br>870 Inverness Circle<br>Spartanburg, SC 29306 | | | |
| Steve A. Watts<br>316 Harbor Lane<br>Brandon, MS 39047 | | | |
| Steve Bearden<br>101 Oak Grove Court<br>Clinton, MS 39056 | | | |
| Steve Flood<br>5032 Fernwood Dr.<br>Lake Charles, LA 70605 | | | |
| Steven McKinney<br>771 Rangewood Rd.<br>Piney Flats, TN 37686 | | | |
| Steven Pouls<br>437 Birmingham Lane<br>Schaumburg, IL 60193 | | | |

Sheet __26__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Samarion, Inc.                                                   Case No.    09-04246-EE
                                                                                ,
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Susan Falck<br>7173 Creeks Crossing<br>West Bloomfield, MI 48322 | | | |
| Susan K. Peabody<br>218 Geneva Blvd.<br>Madison, MS 39110 | | | |
| Susan Pettis<br>105 Fawn Lane<br>Madison, MS 39110 | | | |
| Temple Sutton<br>801 Topaz St.<br>New Orleans, LA 70124 | | | |
| Thom A. Tarquinio, M.D.<br>334 Whippoorwill Lane<br>Ridgeland, MS 39057 | | | |
| Thomas A. Blanton/Katharine<br>P.O. Box 97125<br>Raleigh, NC 27624 | | | |
| Thomas Catania<br>2756 N. Green Valley Parkway<br>Henderson, NV 89014 | | | |
| Thomas Dumas<br>26868 George White Rd.<br>Holden, LA 70744 | | | |
| Thomas Gayle<br>8172 Highway 397<br>Lake Charles, LA 70607 | | | |
| Thomas Smith<br>103 Lake Forrest Lane<br>Clinton, MS 39056 | | | |
| Thomas T. Hughes<br>3179 9th Street<br>Orlando, FL 32820 | | | |
| Tillman Rogers<br>365 Catalin Road<br>Mooresville, NC 28117 | | | |
| Tim Coursey<br>320 Westwood Ct.<br>Madison, MS 39110 | | | |

Sheet  27  of  29  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **Samarion, Inc.** _____ ,   Case No. ___**09-04246-EE**_____
                                                      Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Timothy J. Powell<br>1521 Wyndham Cove<br>Memphis, TN 38120 | | | |
| Timothy McKechnie<br>4911 Saratoga Circle<br>Brownsboro, AL 35741 | | | |
| Tom James<br>470 Country Club Rd.<br>Canton, MS 39046 | | | |
| Tommie Vaughn<br>1600 Terry Rd.<br>Jackson, MS 39204 | | | |
| Trent LaMastus<br>1712 Bella Vista Road<br>Cleveland, MS 38732 | | | |
| Trudi M. Bertrand<br>221 Eugene Lane<br>Eunice, LA 70535 | | | |
| W. Scott Bohlke<br>2620 Clito Rd.<br>Statesboro, GA 30461 | | | |
| Warren Mandry<br>18 Washington Dr.<br>Marlton, NJ 08053 | | | |
| Warwick Aiken, III, M.D.<br>1233 Audubon Dr.<br>Gastonia, NC 28054 | | | |
| Wayne C. Eckel<br>3212 Second Ave.<br>Lake Charles, LA 70601 | | | |
| Wess S. Schneider<br>831 Rice Road<br>Ridgeland, MS 39157 | | | |
| Will Ferniany<br>132 Queensberry Crescent<br>Birmingham, AL 35223 | | | |
| William A. Rutala<br>100 Sierra Dr.<br>Chapel Hill, NC 27514 | | | |

Sheet __28__ of __29__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Samarion, Inc.**                                                                                Case No.    **09-04246-EE**
                                                       ,
                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William F. Edwards**<br>**298 Glenfield Lake Road**<br>**Canton, MS 39046** | | | |
| **William Gray Stream**<br>**P.O. Box 40 (70602)**<br>**Lake Charles, LA 70601** | | | |
| **William Heath Daniels**<br>**282 Chestnut Hill**<br>**Ridgeland, MS 39157** | | | |
| **William Ponder**<br>**44722 Lakeside Rd.**<br>**Gueydan, LA 70542** | | | |
| **William Savelle**<br>**2823 Mt. Isle Harbor Dr.**<br>**Charlotte, NC 28214** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Interim CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**December 8, 2009**_____          Signature _**/s/ Jimmy Cormier**_____
                                                          **Jimmy Cormier**
                                                          **Interim CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet  **29**  of  **29**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy