# United States Bankruptcy Court
## Southern District of Mississippi

| In re | Samarion, Inc. | | Case No. | 09-04246-EE |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 7 |

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Interim CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 8, 2009        /s/ Jimmy Cormier
                                Jimmy Cormier/Interim CEO
                                Signer/Title

| | | |
|---|---|---|
| William Gray Stream<br>P.O. Box 40<br>Lake Charles, LA 70601 | Edward J. Cormier, Jr.<br>109 South Elms St.<br>Welsh, LA 70591 | North Thornwell<br>P.O. Box 957<br>Jennings, LA 70546 |
| Bacel Nseir<br>2001 Oak Creek Rd.<br>River Ridge, LA 70123 | Ernest Broussard<br>P.O. Box 1271<br>Cameron, LA 70631 | H. Louis Harkey, M.D.<br>101 Woodmont Way<br>Ridgeland, MS 39157 |
| Douglas Parsell<br>327 Arlington Circle<br>Ridgeland, MS 39157 | James L. Hughes, M.D.<br>995 Luckney Rd<br>Brandon, MS 39047 | William Ponder<br>44722 Lakeside Rd.<br>Gueydan, LA 70542 |
| Bob Bruce<br>424 Hampton St<br>Clinton, MS 39056 | Phoebe F. Bull<br>14101 Hwy 90<br>Welsh, LA 70591 | Thom A. Tarquinio, M.D.<br>334 Whippoorwill Lane<br>Ridgeland, MS 39057 |
| L. J. & W. Inc.<br>501 N. Adams St.<br>Welsh, LA 70591 | Ronald W. Petree<br>304 North Joseph Street<br>Welsh, LA 70591 | James Hartzog<br>1502 Midway Rd.<br>Clinton, MS 39056 |
| James Brad Hartzog<br>207 Ramble Wood Dr.<br>Brandon, MS 39042 | Michael Chad Hartzog<br>1502 Midway Rd.<br>Clinton, MS 39056 | Rick Psonak<br>450 Fox Bay Dr.<br>Brandon, MS 39047 |
| Paul E. Moyers, Esq.<br>5347 Carolwood Dr.<br>Jackson, MS 39211 | Charles E. Kuehn, III<br>5940 Blue Sage Rd.<br>Lake Charles, LA 70605 | John Noble, Jr., M.D.<br>1717 Oak Park Blvd.<br>Lake Charles, LA 70601 |
| James Perry, M.D.<br>2354 LaCacahe<br>Lake Charles, LA 70601 | Dwight Lemoine<br>5024 Pinewood Dr.<br>Lake Charles, LA 70605 | Kevin Waguespack<br>6419 Gladehill Dr.<br>Kingwood, TX 77345 |
| Richard Boleware<br>230 Westfield Rd.<br>Ridgeland, MS 39157 | Robert McGuire, M.D.<br>108 Summerwood Dr.<br>Jackson, MS 39208 | Wayne C. Eckel<br>3212 Second Ave.<br>Lake Charles, LA 70601 |
| Dwane Anthony Belaire<br>4015 Creole St.<br>Lake Charles, LA 70605 | Khader Istiphan<br>P.O. Box 55463<br>Jackson, MS 39296 | S. Ray Taylor<br>5416 Aspen Street<br>Houston, TX 77081 |

| | | |
|---|---|---|
| Dawn Parsell Otto, M.D.<br>3001 Kenai Dr.<br>Cedar Park, TX 78613-2526 | Lewis Scott Grant<br>400 Deer Hollow<br>Brandon, MS 39047 | Geoffrey J. Collins, M.D.<br>4800 Bellerive Lane<br>Lake Charles, LA 70605 |
| Antoanette H. Staphan<br>476 Bellechase Place<br>Madison, MS 39110 | Eleanor A. Gill<br>P.O. Box 584<br>Olive Branch, MS 38654 | Bill Crews<br>1020 Buckley Dr.<br>Jackson, MS 39206 |
| Michael P. Brady<br>110 Clemson Dr.<br>Oak Ridge, TN 37830 | John B. Carlin<br>3224 Gleneagle Dr.<br>Lake Charles, LA 70605 | Ken Cassidy<br>502 North Cutting<br>Jennings, LA 70546 |
| Mark Doiron<br>2512 Luke Street<br>Lake Charles, LA 70605 | William F. Edwards<br>298 Glenfield Lake Road<br>Canton, MS 39046 | Frank A. Domico<br>2987 Caldwell Circle<br>Suwanee, GA 30024 |
| Karen B. Fortune<br>2295 Primrose Place Lane<br>Lawrenceville, GA 30044 | Russell A. Guidry<br>150 Country Lane<br>Lake Charles, LA 70607 | John M. Guynn, Esq.<br>1000 Eaglegate Tower<br>Salt Lake City, UT 84111 |
| Richard S. Laborde, M.D.<br>303 Shell Beach Drive<br>Lake Charles, LA 70601 | Bryant Hirsberg<br>312 Lee Drive<br>Clarksdale, MS 38614 | Lamar Loe<br>23 Breakers Lane<br>Ridgeland, MS 39157-1101 |
| Wess S. Schneider<br>831 Rice Road<br>Ridgeland, MS 39157 | Audrey K. Tsao, M.D.<br>325 N. Cloverfield Circle<br>Litchfield, AZ 85340-6017 | Louisa A. Lawson, M.D.<br>135 Bridgewater Crossing<br>Ridgeland, MS 39157 |
| Nathaniel Lawson, M.D.<br>135 Bridgewater Crossing<br>Ridgeland, MS 39157 | James A. Harrell<br>137 Lakeview Dr.<br>Canton, MS 39046 | Norman Black, III<br>2759 Hawthorne Dr.<br>Atlanta, GA 30345 |
| Joseph B. Black<br>2208 Forestglade Dr.<br>Stone Mountain, GA 30087-1320 | Thomas A. Blanton/Katharine<br>P.O. Box 97125<br>Raleigh, NC 27624 | Bryan M. Clay<br>3819 Eastover Dr.<br>Jackson, MS 39211 |
| Peter A. Cole<br>146 W. Pleasant Lake Rd.<br>North Oaks, MN 55127-2631 | Randall D. Guynn<br>463 N. Wilton Road<br>New Canaan, CT 06840 | Clyde Brooks Mosley<br>5405 Hialeah Dr.<br>Jackson, MS 39211 |

| | | |
|---|---|---|
| MS Investments<br>P.O. Box 983<br>Ridgeland, MS 39158 | Elias H. Dabit<br>1209 Ferncrest Dr.<br>Jackson, MS 39211 | Hanna E. Albouri<br>476 Bellchase Place<br>Madison, MS 39110 |
| Temple Sutton<br>801 Topaz St.<br>New Orleans, LA 70124 | Joe Sutton<br>801 Topaz St.<br>New Orleans, LA 70124 | Richard Lacey<br>100 Camelia Trail<br>Brandon, MS 39047 |
| Olga Richardson<br>109 East Pointe Cr.<br>Madison, MS 39110 | Patsy G. Brown<br>1030 Spillway Circle<br>Brandon, MS 39047 | Robert R. Korljan, CPA<br>2828 N. Central Ave.<br>Phoenix, AZ 85004-1063 |
| C. Kris Kirkpatrick, Esq.<br>4041 Essen Lane<br>Baton Rouge, LA 70809 | Joseph E. Juban, Esq.<br>4041 Essen Lane<br>Baton Rouge, LA 70809 | William Savelle<br>2823 Mt. Isle Harbor Dr.<br>Charlotte, NC 28214 |
| Larry C. Breeding<br>103 Bear Creek Ct.<br>Canton, MS 39046 | Dr. Steve E. Magee, Jr.<br>112 Kathryn Ct.<br>Brandon, MS 39042 | Sana Mickel<br>Wholesale Furniture<br>1600 Terry Road<br>Jackson, MS 39204 |
| Paul Gerber<br>8234 Misty Vale St<br>Houston, TX 77075 | Jeff Summers<br>1 Layfair Dr.<br>Jackson, MS 39232 | Joshua E. Burnett, Esq.<br>4624 Dunnie Drive<br>Tampa, FL 33614 |
| Burnett & Thomas, P.A.<br>501 E. Jackson Street<br>Tampa, FL 33602 | Irene S. N'Ser<br>319 Creston Court<br>Ridgeland, MS 39157 | Trudi M. Bertrand<br>221 Eugene Lane<br>Eunice, LA 70535 |
| Louis B. Gideon<br>107 Windsong Cove<br>Ridgeland, MS 39157 | Paul Guillory<br>17389 Hwy 99<br>Welsh, LA 70591 | Richard A. Cormier<br>801 Dautel St.<br>Welsh, LA 70591 |
| Lauren Lognion Carter<br>207 East Hewitt<br>Welsh, LA 70591 | James A. Anderson<br>102 Victory Trail<br>Pelham, AL 35124 | Ronald Lee Clark<br>103 Moss Wood Lane<br>Clinton, MS 39056 |
| Cecil Stevens<br>4664 Cypress Lake Dr.<br>Lake Charles, LA 70611 | Ralph Alford, Jr.<br>1294 Misty Lane<br>Terry, MS 39170 | Ronnie Hamlin<br>P.O. Box 6784<br>Jackson, MS 39282 |

| | | |
|---|---|---|
| Sharon H. Cooksey<br>202 Pine Ridge Rd.<br>Florence, MS 39073 | Ronald Clark<br>317 Shadowwood Drive<br>Clinton, MS 39056 | Audrey W. Hutto<br>1120 Independence Blvd.<br>Flowood, MS 39232 |
| Future Care, LLC<br>4944 W. Westridge Park<br>Lake Charles, LA 70605 | Carey L. Sibley<br>1707 Linda Dr.<br>Clinton, MS 39056 | Danny Gray<br>D. Noblin Furniture<br>312 Airport Rd.<br>Pearl, MS 39208 |
| Joseph M. Mott<br>19000 Davidson Concord Road<br>Davidson, NC 28036 | Olan R. Goodnight<br>174 Oak Village Parkway<br>Mooresville, NC 28117 | Harold Wayne Baker<br>2714 Fairway View Dr.<br>Valrico, FL 33594 |
| Robert Gregory<br>923 S. Magnolia St.<br>Mooresville, NC 28115-2836 | Bryant Y. Hager<br>308 Bridgewater Lane<br>Mooresville, NC 28117 | Betty C. Alexander<br>407 Knops Nob Dr.<br>Mooresville, NC 28115-2493 |
| John Wigney<br>125 Misty Cove Lane<br>Mooresville, NC 28117 | Pamela Wigney<br>125 Misty Cove Lane<br>Mooresville, NC 28117-7311 | Carl W. Coone<br>783 Carpenter Ave.<br>Mooresville, NC 28115-2539 |
| Robert Schmidt<br>175 Sunfish Dr.<br>Mooresville, NC 28117-9744 | Robert Dunlap<br>144 Northshore Dr.<br>Mooresville, NC 28117-7406 | Mary W. Sloop<br>1925 Backcreek Church Rd.<br>Mount Ulla, NC 28125 |
| Nancy Ann Baker<br>2626 Lilly Mill Rd.<br>Charlotte, NC 28210-6708 | Margaret B. Davidson<br>713 Pinewood Circle<br>Mooresville, NC 28115 | Arthur D. Wood<br>200 Beckwith Lane<br>Belton, SC 29627-8377 |
| Doug McKenzie<br>18165 Mooresville Rd.<br>Mooresville, NC 28115-6949 | Roy Mac Haggard<br>220 Trail Rd.<br>Belton, SC 29627 | John M. Jett<br>177 Crowder Point Ln.<br>Reedville, VA 22539 |
| Stephen C. Dameron<br>P.O. Box 602<br>Reedville, VA 22539 | John M. Jett, Sr.<br>236 Crowder Lane<br>Reedville, VA 22539 | John Mark Deihl<br>P.O. Box 227<br>Reedville, VA 22539 |
| Tommie Vaughn<br>1600 Terry Rd.<br>Jackson, MS 39204 | Timothy J. Powell<br>1521 Wyndham Cove<br>Memphis, TN 38120 | Campo Suescun<br>1712 Dusk Dr.<br>Zion, IL 60099 |

Jeffrey S. Matican, M.D.
257 Engle St.
Tenafly, NJ 07670

Rajat Gupta, M.D.
4407 Bee Cave
Austin, TX 78746

Om P. Gupta, M.D.
116 Stratford Court
Naperville, IL 60540

Warwick Aiken, III, M.D.
1233 Audubon Dr.
Gastonia, NC 28054

Greg Reis, M.D.
11 Seven Springs Road
Radnor, PA 19087

Gerald R. Hyder
89 W. Fox Chase Rd.
Asheville, NC 28804

Linda B. Hyder
89 W. Fox Chase Rd.
Asheville, NC 28804

Gary M. Hyder
675 Barnardsville Hwy
Weaverville, NC 28787

Phillip Jarrett
4 Travis Lane
Weaverville, NC 28787

E. Larry Wheeler
645 Settlers Trail
Mars Hill, NC 28754

Ronald Cohen
681 Barnardsville Rd.
Weaverville, NC 28787

Dese E. Easter
216 Fisherman Ln.
Seneca, SC 29672

Joe H. Johnson
504 Northminister Dr.
Macon, GA 31204

Harold E. Ross
501 E. 10th Ave
Johnson City, TN 37601

Harry Patchell
833 1/2 Brigeton Ave
Millville, NJ 08332

Craig Patchell
188 Mulberry Bend
Jonesboro, TN 37659

Jack M. Gambill
735 Julia Street
Fort Mill, SC 29708

James G. Langford
4409 Solemn Pointe Lane
Charlotte, NC 28216

Thomas T. Hughes
3179 9th Street
Orlando, FL 32820

W. Scott Bohlke
2620 Clito Rd.
Statesboro, GA 30461

Cesar Da Costa
2515 NW 80 Ave.
Margate, FL 33063

James L. Comazzi
19992 Gibbs Dr.
Sonora, CA 95370

Patrick Pengelly
1819 Clover Ridge Dr.
Howell, MI 48843

Joan Spierer
1401 Saint Andrews Rd.
Hollywood, FL 33021

Narinder Arora
601 Bent Tree Dr.
Effingham, IL 62401

Robert Barkley
222 Pear Tree Road
Troutman, NC 28166-8795

Jeffrey Middeldorf
3755 Edgemont
Troy, MI 48084

Erik Lange
276 S. Joanne Ave.
Ventura, CA 93003

Donna Disclafani
405 SE 15th Ave
Ocala, FL 34471

Giacomo Buscaino
7612 14th Ave.
Brooklyn, NY 11228

Spyros Panos
120 Roundhill Rd.
Hopewell Junction, NY 12533

Darrel Thomas Combs
63045 Carnelian Lane
Bend, OR 97701

Rick Peterson
3301 NE 32nd Ave.
Fort Lauderdale, FL 33308

Kevin Lanighan
5527 Pine Loch Lane
Williamsville, NY 14221

Stephen R. Cherry
870 Inverness Circle
Spartanburg, SC 29306

Michael Mabry
1304 Nottingham Rd.
Starkville, MS 39759

Mike Nosser
106 St. Charles Ave.
Starkville, MS 39759

Joseph Catania
5100 W. Taft Road
Liverpool, NY 13088

Thomas Catania
2756 N. Green Valley Pkwy
Henderson, NV 89014

Alan T. Kawaguchi
5121 Doverton Drive
Stockton, CA 95219

Ioannis Georgiou
200 Saint Andrews Blvd
Winter Park, FL 32792

John Rollas
22 Stone Gate South
Longwood, FL, 32779

GDM Family Trust
801 Cherry St.
Ft Worth, TX 76102

Guy Dugan
33 W 061 Honey Hill Circle
Wayne, IL 60184

Anthony Olofintuyi
135 Rocky Shoals Drive
Midland, GA 31820

Alan Swift
454 NW 118 Ave
Coral Springs, FL 33071

Steven McKinney
771 Rangewood Rd.
Piney Flats, TN 37686

Salvador Ramos
2239 Stotesbury Way
Wellington, FL 33414

James McMillen
514 Range End Rd
Dillsburg, PA 17019-1525

O.J. Leach Jr.
117 Lands End Ct.
Piney Flats, TN 37686

Edward Pannozzo
4619 Morro Drive
Woodland Hills, CA 91364

Mary Zakharia
11550 Tree Hollow Lane
San Diego, CA 92128

Steve Flood
5032 Fernwood Dr.
Lake Charles, LA 70605

Sheree Pouls
4248 Via Marina
Marina Del Rey, CA 90292

Robert M. Collins
121 Turnberry Dr.
Atlantis, FL 33462

Steven Pouls
437 Birmingham Lane
Schaumburg, IL 60193

Mark Howard
3740 Via Mar Monte
Carmel, CA 93923-9475

Elaine Hayes
4015 Ponderosa Dr.
Trenton, MI 48183

James Rappaport
6630 S. MC Carran Blvd.
Reno, NV 89509

James Crouse
730 Prospect Blvd.
Water Loo, IA 50701

| | | |
|---|---|---|
| Susan Falck<br>7173 Creeks Crossing<br>West Bloomfield, MI 48322 | Donna Rutala<br>100 Sierra Dr.<br>Chapel Hill, NC 27514 | William A. Rutala<br>100 Sierra Dr.<br>Chapel Hill, NC 27514 |
| Betty M. Coone<br>783 Carpenter Ave.<br>Mooresville, NC 28115 | Curtis A. Clearman<br>660 Lakeland East Dr.<br>Flowood, MS 39232 | Charles Anzalone<br>725 A. Avenue K<br>Crowley, LA 70526 |
| Randy Bean<br>831 SE 7th Ave.<br>Pompano Beach, FL 33060 | Barbara Ensminger<br>2525 Crescent Club Rd.<br>Hixson, TN 37343 | Harlon Sistrunk<br>1033 Annandale Dr.<br>Madison, MS 39110 |
| Jason Sistrunk<br>1033 Annandale Drive<br>Madison, MS 39110 | John Best<br>1012 Estate Dr.<br>Moon Township, PA 15108 | Erin Best Ozimok<br>222 North Columbus Dr.<br>Chicago, IL 60601 |
| Jim Laughner<br>14691 Ridge Rd.<br>Summerdale, AL 36580 | Kelly Best<br>1923 Dunsford Rd.<br>Jacksonville, FL 32207 | Mike Lowe<br>101 Sun Swept Circle<br>Big Cove, AL 35763 |
| Barry Fisher, Sr.<br>5177 Shoreview Drive<br>Concord, NC 28025 | Barry Fisher, Jr.<br>5177 Shoreview Dr.<br>Concord, NC 28025 | Gordon Lyons<br>105 Creekwood Dr.<br>Flowood, MS 39232 |
| Jean Peabody<br>1124 Lower Woodville Rd.<br>Natchez, MS 39120 | Susan K. Peabody<br>218 Geneva Blvd.<br>Madison, MS 39110 | Betty Savelle<br>4758 Polo Gate Blvd.<br>Charlotte, NC 28216 |
| Krista Colvin<br>2710 Bransford Trail<br>Hampton Cove, AL 35763 | Philip Webb<br>1093 Eagle Valley Drive<br>Birmingham, AL 35242 | James Webb<br>1085 Lake Ridge Lane<br>Talladega, AL 35160 |
| Billie Bourgeois<br>P.O. Box 64<br>Lacassine, LA 70650 | Leonard Dameron<br>288 Mill Crest Lane<br>Callad, VA 22435 | Phillip G. Wedgworth<br>P.O. Box 43372<br>Birmingham, AL 35243 |
| John F. Jonas<br>2550 M. Street NW<br>Washington, DC 20037 | Holly Clark<br>327 Cottonwood<br>Ridgeland, MS 39157 | James Andrew Webb<br>5940 Southcrest Rd.<br>Birmingham, AL 35213 |

Fred Lucas
P.O. Box 191
Raymond, MS 39154

Eddie Joe White
111 Elm St.
Madison, MS 39110

Jan Holliman
182 Doe-Doe Lane
Columbus, MS 39707

Dejuan Lognion
696 Harrington Drive
DeRidder, LA 70634

James Rider
4121 Primrose Dr.
Lake Charles, LA 70605

James Lyons
410 Decker
Jennings, LA 70546

Tom James
470 Country Club Rd.
Canton, MS 39046

Patricia Stegall
102 Wildwood Blvd.
Jackson, MS 39212

Gary V. Savage
107 ParkView Dr.
Canton, MS 39046

Franklin Greer
7460 Garrison Lane
Denham Springs, LA 70726

Billy Boleware
56360 Hwy 439
Bogalusa, LA 70427

Helen Young
4307 Fugates Rd.
Benton, MS 39039

Lauren Hunter
380 Madison St.
Denver, CO 80206

Mark Hunter
7044 East 2nd Ave
Denver, CO 80220

Richard B. Crabbe
3000 Balster Lane
Richmond, VA 23233

Dixie L Deihl
34 Fleeton Wharf Rd.
Reedville, VA 22539

Beckie Barry
706 Gardner St.
Jackson, MS 39206

Anthony Polito
7677 I 49 South Service Rd.
Opelousas, LA 70570

David Christopher
1707 Ole Carriage Dr.
Athens, AL 35613

Barbara Davidson
7955 N. Pheasant Lane
River Hills, WI 53217

Gordon Davidson
7955 N. Pheasant Lane
River Hills, WI 53217

Steve Bearden
101 Oak Grove Court
Clinton, MS 39056

Kent Ochiai
3003 Herman St.
Honolulu, HI 96816

Jared Temple
234 NW 70th Street
Boca Raton, FL 33487

Sarah Temple
234 NW 70th Street
Boca Raton, FL 33487

Gigi Davidson
1516 Avon Way
Honolulu, HI 96822

Carol Glibbery
4940 W. Westridge Pk
Lake Charles, LA 70605

Mike Hoppes
1156 S. 93 Ave.
Omaha, NE 68124

Cassandra Tokars
814 Kealahou St.
Honolulu, HI 96825

Catherine Krueger
13709 Windlo Circle
Ocean Springs, MS 39564

Howard Holland
117 Eastwood Dr.
Florence, MS 39073

Susan Pettis
105 Fawn Lane
Madison, MS 39110

Kim McGaugh
158 Lakeshire Parkway
Canton, MS 39046

Daniel Sumerall
411 Goodrum Road
Vicksburg, MS 39180

Dorothy Strom
104 Williamsburg Dr.
White House, TN 37188

Jackson Hunter
7044 East 2nd Ave.
Denver, CO 80220

Richard McEndree
P.O. Box 447
Linden, TN 37096

William Heath Daniels
282 Chestnut Hill
Ridgeland, MS 39157

Gary Netherland
103 Willington Way
Madison, MS 39110

Helen Reynolds
6938 Wake Forrest Dr.
Dallas, TX 75214

Steve A. Watts
316 Harbor Lane
Brandon, MS 39047

Oleg Valiev
555 Montgomery St.
San Francisco, CA 94111

Caroline Femrite
601 Shuford Circle
Newton, SC 28658

Mitchell Clark
710 Aldridge Drive
Brandon, MS 39047

David Putt
610 Wendover Dr.
Ridgeland, MS 39157

Jay Warren
6147 Wirtz Road
Flowood, MS 39232

Brenda Stewart
610 Wendover Drive
Ridgeland, MS 39157

Betty Smith
103 Lake Forrest Lane
Clinton, MS 39056

Jean Browne
602 Kumukahi Pl.
Honolulu, HI 96825

Elena Browne
602 Kumukahi Pl.
Honolulu, HI 96825

John Coursey
424 Alicia Drive
Biloxi, MS 39531

Tim Coursey
320 Westwood Ct.
Madison, MS 39110

John Hawkins
112 Hiawatha Dr.
Belton, SC 29627

Michael Haire
562 West Lowrance Ave.
Mooresville, NC 28115

Bruce Kolkebeck
175 Dove Lane
Salisbury, NC 28147

Tillman Rogers
365 Catalin Road
Mooresville, NC 28117

John B. Tallent, Jr.
4527 Gaynor Road
Charlotte, NC 28211

Jan Holliday
102 Spring Drive
Belton, SC 29627

Lucille Grandmaison
235 Geitner Avenue
Newton, NC 28658

Jerry Manning
132 Howard McGee Road
Anderson, SC 29621

Hazel Harrington
164 Lakeshore Drive
Mooresville, NC 28117

Julie Burke (Nina Stiteler)
P.O. Box 4338
Leesburg, VA 20177

C. Lamont Pierce
669 Mazeppa Rd
Mooresville, NC 28115

Hazel M. Neef
5705 Woodside Ave.
Myrtle Beach, SC 29577

Thomas Smith
103 Lake Forrest Lane
Clinton, MS 39056

Doris Glossom Neal
3700 Taylor Glen Lane
Concord, NC 28027

Fred Rinehardt
136 Brookfield Circle
Mooresville, NC 28115

Raymond Cooke
513 Woodberry Dr.
Mooresville, NC 28115

Clyde Russell
170 Ponderosa Circle
Mooresville, NC 28117

Ralph Herring, Jr.
191 Persimmon Circle
Statesville, NC 28625

Max Polley
400 Avinger Lane
Davidson, NC 28036

Jane M. Cagle
506 Fieldstone Road
Mooresville, NC 28115

Julie Hunter
1300 Plaza Court N.
Lafayette, CO 80026

Carl Ray Neal
3700 Taylor Glen Lane
Concord, NC 28027

Seth Broder
901 Route 168
Turnersville, NJ 08012

James Pannozzo
4822 NW 100th Terrace
Coral Springs, FL 33076

Matthew Hughes
4000 Lock Ln.
Lake Charles, LA 70605

Leonard G. Dameron, Jr.
1020 Albert Rennolds Dr.
Fredericksburg, VA 22401

Leonard Roberts
P.O. Box 180579
Richland, MS 39218

Margaret C. Stiteler
Post Office Box 4338
Leesburg, VA 20176

Robert S. Katz
2016 Hoover Lane
Alexandria, VA 22308

Eugene Saiter
9612 Perdido Vista Dr.
Elberta, AL 36530

Ellen McKinney
2010 NC 66 Highway South
Westfield, NC 27053

Jeffrey Broder
635 Clinton Ave.
Haddonfield, NJ 08033

Hunter Family Living Trust
380 Madison St.
Denver, CO 80206

Stan Postyn
1314 E. Las Olas Blvd.
Ft. Lauder Dale, FL 33301

Stephen Broder
604 Society Hill Blvd.
Cherry Hill, NJ 08003

Francine Rosenthal
501 Washington Ave.
Haddonfield, NJ 08033

Erma Diedrichsen
P.O. Box 244
Tecumseh, NE 68450

Will Ferniany
132 Queensberry Crescent
Birmingham, AL 35223

Belinda Kilpatrick
3085 Star Rd.
Florence, MS 39073

Blaine Rider
1103 N. Ave. E.
Crowley, LA 70526

Claudio Lodes
4355 New St.
Fort Myers, FL 33905

Rob Lyon
2623 N. Terrace Ave.
Milwaukee, WI 53211

Jason Sakai
94492 Mulchu St.
Mililani, HI 96789

Warren Mandry
18 Washington Dr.
Marlton, NJ 08053

Barbara Haith
5901 Dogwood Dr.
Lincoln, NE 68516

Ayman Mustafa
1033 Northeast 17th Way
Ft Lauderdale, FL 33304

Shaun P. Webb
22856 Winged Foot Ln.
Athens, AL 35613

Cliff Hunnicutt
160 Autumn Leaf Rd.
Troutman, NC 28166

Jamie Plastina
1970 NE 30 St.
Lighthouse Point, FL 33064

Daniel Mayo
12 Old Repubilc Lane
Marlton, NJ 08053

Belton Investment Club
P.O. Box 583
Belton, SC 29627

Bobby Moak
P.O. Box 242
Bogue Chitto, MS 39629

Shannon Treglia
1806-A W. Alameda Ave.
Burbank, CA 91506

James Dixon
303 Park Rd.
Belton, SC 29627

Phyllis Ravenelle
81 Forfythia Lane
Westport, MA 02790

Clark Ethridge
173 St. Ives Drive
Madison, MS 39110

Larry Lowe
11010 Charring Court
Huntsville, AL 35803

Kevin Lowe
2018 Fairway Hills Dr.
Huntsville, AL 35802

Jonathan Morgan
19358 Lovall Valley Ct.
Sonoma, CA 95476

Mark Gosnell
3350 George Busbee Parkway
Kennesaw, GA 30144

Margie Abernathy
P.O. Box 3185
Longview, TX 75606

Gladys Rivera Morales
189 Brandy Creek Circle SE
Palm Bay, FL 32909

Fred Koch
2749 June St.
Baton Rouge, LA 70808

David Tullos
3710 I 55 N.
Jackson, MS 39211

Karen Temple
234 NW 70th St.
Boca Raton, FL 33487

Diane Bosler
801 NE 1st St.
Fort Lauderdale, FL 33301

Michael Coursey
15336 DeHavilland Dr.
Charlotte, NC 28278

Daniel Nugier
244 Privet Rd.
Crowley, LA 70526

| | | |
|---|---|---|
| Kathie C. Lombardo<br>P.O. Box 66<br>Hayes, LA 70646 | Elizabeth Harmon Davidson<br>209 Oxford Place<br>Ridgeland, MS 39157 | John Haushalter<br>91-1152 Maka'aloa Street<br>Ewa Beach, HI 96706 |
| Calvin Bowlin<br>2112 Country Road 316<br>Carrollton, MS 38917 | James Paul Bowlin<br>2112 Co. Rd. 316<br>Carrollton, MS 38917 | John Baker<br>52 Headquarters Rd.<br>Litchfield, CT 06759 |
| Jeffrey Dillon<br>112 Cherry Cove<br>Madison, MS 39110 | Ken Ravenelle<br>1425 New Boston Road<br>Fall River, MA 02720 | John Zerdecki<br>2012 Windsor Place<br>Ft. Worth, TX 76110 |
| Thomas Gayle<br>8172 Highway 397<br>Lake Charles, LA 70607 | Lee Beaman<br>1525 Broadway<br>Nashville, TN 37203 | Crom Carmichael<br>3212 West End Ave.<br>Nashville, TN 37203 |
| Anthony Johnston<br>404 Jackson Blvd.<br>Nashville, TN 37205 | Ron Malone<br>P.O. Box 1065<br>Travelers Rest, SC 29690-1065 | Jeffery Perry<br>303 E. Nichols<br>Welsh, LA 70591 |
| Jacob Colby Perry<br>303 E. Nichols<br>Welsh, LA 70591 | Jeffery Conner Perry<br>303 E. Nichols<br>Welsh, LA 70591 | Lane Johnson<br>108 Mabel Street<br>Welsh, LA 70591 |
| Robert Leonards<br>P.O. Box 16316<br>Lake Charles, LA 70601 | Alan Hinton<br>230 W. Sale Rd.<br>Lake Charles, LA 70605 | Graymar Investors Partnership<br>411 Great Circle Road<br>Nashville, TN 37228 |
| Stephen Mayeaux<br>1024 Gardenview Loop<br>Woodbridge, VA 22191 | McGeever, LLC<br>509 Chrismill Lane<br>Holly Springs, NC 27540 | David Palmgren<br>2907 West Prien Lake Rd.<br>Lake Charles, LA 70605 |
| Allen Ventures, LLC<br>20 North Saint Clair<br>Toledo, OH 43604 | Reese Broussard<br>715 Shankland Ave.<br>Jennings, LA 70546 | Robert Dilworth<br>4000 38th Place North<br>Arlington, VA 22207 |
| Cantaro Medical Fund I, LLC<br>815-A Brazos St.<br>Austin, TX 78701 | Albert Lim<br>12632 Hinton Way<br>Santa Ana, CA 92705 | Betty Aycock<br>P. O. Box 238<br>Belzoni, MS 39038 |

Brooks Aycock, III
P.O. Box 28
Belzoni, MS 39038

Betty S. Aycock
P.O. Box 28
Belzoni, MS 39038

Shelton C. Aycock
105 Blackberry Patch
Madison, MS 39110

Clinton Aycock
110 Sycamore Ridge
Madison, MS 39110

Trent LaMastus
1712 Bella Vista Road
Cleveland, MS 38732

Nardi T. Bress
910 Windsor Road
Charlottesville, VA 22901

John Bowen
14 Garden Gate
Farmington, CT 06032

Jay M. Ortman
16281 Timber Cove Street
Hudson, CO 80642

Robert Dana Tomalty
2722 Tammerack Lane SE
Hampton Cove, AL 35763

Gary Saliba
112 South Side Sq.
Huntsville, AL 35801

Frederick Lanier
41188 Shelby Ave
Huntsville, AL 35801

Glenn Goodnight
136 Tidewater Drive
Madison, AL 35758

Kerry Harbaugh
507-A Cleveland Ave
Huntsville, AL 35801

Brett Crain
15016 Carlisle Dr.
Huntsville, AL 35803

Scotty Winfrey
107 Overleaf Point
Huntsville, AL 35824

Craig Herr (KC, LLC)
4909 Saratoga Circle
Brownsboro, AL 35741

Timothy McKechnie
4911 Saratoga Circle
Brownsboro, AL 35741

Thomas Dumas
26868 George White Rd.
Holden, LA 70744

George & Linda O'Brien
P. O. Box 133
Lake Arthur, LA 70549