# United States Bankruptcy Court
## Southern District of Mississippi

In re   Samarion, Inc.                                                          Case No.   09-04246-EE
                                    Debtor(s)                                   Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                         $        3,501.00
    Prior to the filing of this statement I have received               $        3,501.00
    Balance Due                                                         $            0.00

2. The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    Mike Lowe, Joe Mott, Gray Stream & Jimmy Cormier

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **For a case under Chapter 11, amount paid is a retainer. Attorney and paralegal fees will be billed at the standard hourly rate; all fees and expenses to be approved by the Court.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **December 16, 2009**                    /s/ J. Walter Newman, IV
                                                 J. Walter Newman, IV 3832
                                                 Newman & Newman
                                                 248 E. Capitol Street
                                                 Suite 539
                                                 Jackson, MS 39201
                                                 (601) 948-0586  Fax: (601) 948-0588
                                                 wnewman95@msn.com