UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:                                                                                                    CHAPTER 7

SAMARION, INC.                                                                        CASE NO: 09-04246 EE

### TRUSTEE'S NOTICE OF CHANGE OF STATUS

COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

Therefore, it is requested that a notice to file claims should be mailed to all creditors of record.

DATE: 12/21/09

Respectfully submitted,

_____
EILEEN N. SHAEFFER, Trustee

File #9-716