# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| **SAMARION, INC.** | ) | **Case No. 09-04246-EE** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |

___

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT**, Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., through its undersigned member, hereby gives notice of its appearance in this case on behalf The Meade Family Trust, and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or their authorized agents, be given to The Meade Family Trust's attorney at the following address:

> Alan L. Smith, Esq.
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> 4268 I-55 North
> Meadowbrook Office Park
> Jackson, Mississippi 39211
> Tel:   (601) 351-2400
> Fax:   (601) 351-2424
> ECF Noticing E-mail: asmith@bakerdonelson.com

The Meade Family Trust hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed (by mail, facsimile, telephone or otherwise).  The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

/s/ Alan L. Smith
Alan L. Smith (MSB #10345)

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Tel:    (601) 351-2400
Fax:    (601) 351-2424

JM ALS 822231 v1
2915776-000001

## CERTIFICATE OF SERVICE

    I, Alan L. Smith, hereby certify that this day I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which sent notification of such filing to all parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

    R. Michael Bolen, Esq.
    USTPRegion05.JA.ECF@usdoj.gov

    J. Walter Newman, IV
    wnewman95@msn.com

    Eileen N. Shaffer
    enslaw@bellsouth.net

This, the 22nd day of December, 2009.

                                              BY:    */s/ Alan L. Smith*
                                                              Alan L. Smith (MSB #10345)

JM ALS 822231 v1
2915776-000001