IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CHAPTER 7

SAMARION, INC.                                            CASE NO. 09-04246-EE

**NOTICE OF SERVICE OF TRUSTEE'S MOTION
FOR RULE 2004 EXAMINATION AND REQUEST
FOR PRODUCTION OF DOCUMENTS**

TO:         Tommy Keyes
            1525 Brobridge Dr.
            Jackson, MS 39211

            Gray Stream
            P.O. Box 40
            Lake Charles, LA 70602

            A. J. Mead
            c/o Alan L. Smith, Esq.
            4268 I-55 North
            Jackson, MS 39211

            Steve Kwiatkowski
            c/o Charles L. McBride, Jr., Esq.
            The Pinnacle Building
            190 E. Capitol St., Suite 100
            Jackson, MS 39201

            Julie Mitchell
            c/o Mitchell Day Health Law Firm PLLC
            618 Crescent Blvd., Suite 203
            Ridgeland, MS 39157

            Ted Spoltore
            119 Lands End Court
            Piney Flats, TN 37686

            Joe Mott
            P.O. Box 2507
            19000 Davidson-Concord Rd.
            Davidson, NC 28036

            Mike Strom
            P.O. Box 1729
            White House, TN 37188

Mark Rodgers
1495 Kristen Dr.
Jackson, MS 39211

Smir N'Ser
319 Creston Ct.
Ridgeland, MS 39157

John M. Guynn, Esq.
Workman/Nydegger
60 E. So. Temple, Suite 1000
Salt Lake City, UT 84111

Bee Cave, LLC
c/o Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell
asmith@bakerdonelson.com

James W. O'Mara, Esq.
Omaraj@phelps.com

J. Walter Newman, IV, Esq.
Attorney for Debtor
wnewman95@msn.com

Henry G. Hobbs, Jr., Esq.
United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

 Notice is hereby given, pursuant to Uniform Local Rule 6(e)(2), that Eileen N. Shaffer, Attorney for Trustee has this date served in the above entitled action:

1.  Trustee's Motion for Rule 2004 Examination.
2.  Trustee's First Request for Production of Documents.

 The undersigned retains the originals of the above papers as custodian thereof, pursuant to Uniform Local Rule 6(e)(2).

 DATED this _____ day of _____, 2011.

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
401 E. Capitol St., Suite 316
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
enslaw@bellsouth.net

## CERTIFICATE OF SERVICE

    I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, or electronically transmitted, a true and correct copy of the above and foregoing Notice of Service of Trustee's Motion for Rule 2004 Examination and Request For Production of Documents to the following:

Tommy Keyes
1525 Brobridge Dr.
Jackson, MS 39211

Gray Stream
P.O. Box 40
Lake Charles, LA 70602

A. J. Mead
c/o Alan L. Smith, Esq.
4268 I-55 North
Jackson, MS 39211

Steve Kwiatkowski
c/o Charles L. McBride, Jr., Esq.
The Pinnacle Building
190 E. Capitol St., Suite 100
Jackson, MS 39201

Julie Mitchell
c/o Mitchell Day Health Law Firm PLLC
618 Crescent Blvd., Suite 203
Ridgeland, MS 39157

Ted Spoltore
119 Lands End Court
Piney Flats, TN 37686

Joe Mott
P.O. Box 2507
19000 Davidson-Concord Rd.
Davidson, NC 28036

Mike Strom
P.O. Box 1729
White House, TN 37188

Mark Rodgers
1495 Kristen Dr.
Jackson, MS 39211

Smir N'Ser
319 Creston Ct.
Ridgeland, MS 39157

John M. Guynn, Esq.
Workman/Nydegger
60 E. So. Temple, Suite 1000
Salt Lake City, UT 84111

Bee Cave, LLC
c/o Alan Lee Smith, Esq.
Baker Donelson Bearman Caldwell
asmith@bakerdonelson.com

James W. O'Mara, Esq.
Omaraj@phelps.com

J. Walter Newman, IV, Esq.
Attorney for Debtor
wnewman95@msn.com

Henry G. Hobbs, Jr., Esq.
United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the ____ day of _____, 2011.


_____
EILEEN N. SHAFFER